```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29285
   YAZMIN FRANCHESCA MARKS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9714

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/06/2004 and was confirmed 10/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO FINANCIAL      SECURED          12150.00      1131.24       9074.85
WELLS FARGO FINANCIAL      UNSECURED         1661.04          .00           .00
BLACK EXPRESSIONS          UNSECURED        NOT FILED         .00           .00
BLACK EXPRESSIONS          NOTICE ONLY      NOT FILED         .00           .00
CHARTER ONE                UNSECURED        NOT FILED         .00           .00
B-FIRST LLC                UNSECURED          997.01          .00           .00
CITICORP                   NOTICE ONLY      NOT FILED         .00           .00
B-LINE LLC                 UNSECURED          921.38          .00           .00
CROSS COUNTRY BANK         NOTICE ONLY      NOT FILED         .00           .00
WORLD FINANCIAL NETWORK    UNSECURED          338.95          .00           .00
EXPRESS                    NOTICE ONLY      NOT FILED         .00           .00
ILLINOIS DEPT PUBLIC AID   UNSECURED         2556.00          .00           .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED        NOT FILED         .00           .00
LOYOLA UNIVERSITY          NOTICE ONLY      NOT FILED         .00           .00
LOYOLA UNIV PHYSICIANS F   NOTICE ONLY      NOT FILED         .00           .00
MOBIL                      UNSECURED        NOT FILED         .00           .00
MOBIL OIL                  NOTICE ONLY      NOT FILED         .00           .00
RISK MANAGEMENT ALTERNAT   UNSECURED        NOT FILED         .00           .00
TELECHECK                  UNSECURED        NOT FILED         .00           .00
VERIZON NORTH              UNSECURED        NOT FILED         .00           .00
VERIZON WIRELESS           NOTICE ONLY      NOT FILED         .00           .00
MUNICIPAL COLLECTION SER   UNSECURED          750.00          .00           .00
VILLAGE OF PARK FOREST     NOTICE ONLY      NOT FILED         .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                         661.91
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  13,568.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 29285 YAZMIN FRANCHESCA MARKS

```
PRIORITY                                                              .00
SECURED                                                          9,074.85
     INTEREST                                                    1,131.24
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                               661.91
DEBTOR REFUND                                                         .00
                                    ----------------       ----------------
TOTALS                                    13,568.00              13,568.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```